JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cpham@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:  (818) 888-7544

Attorneys for Plaintiff
CREE, INC.

GRANTED
Judge Yvonne Gonzalez Rogers
12/19/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | |
|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAXBRITE LED LIGHTING TECHNOLOGY, LLC, et al., <br><br> Defendants. | Case No.: 4:16-cv-06689-YGR <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS MAXBRITE LED LIGHTING TECHNOLOGY, LLC AND JOHN ANH LE TO RESPOND TO COMPLAINT** <br><br> **[Civil L.R. 6-1(a)]** <br><br> Current response date:  12/20/2016 <br> Stipulated response date:  1/19/2017 <br><br> **Honorable Judge Yvonne G. Rogers** |

    Pursuant to Civil L.R. 6-1(a), Plaintiff Cree, Inc. ("Plaintiff"), through its counsel, and Defendants Maxbrite LED Lighting Technology, LLC and John Anh Le ("Defendants"), through their counsel (collectively, the "Parties"), do hereby stipulate and agree that Defendants shall have an extension of time to file a response to Plaintiff's Complaint up to and including January 19, 2017.

1   Defendants were served with a Summons and Complaint on November 29, 2016 making
2 a responsive pleading due on or before December 20, 2016. By way of this stipulation, the
3 Parties agree to a 30 day extension of time for Defendants to respond to the Complaint making a
4 responsive pleading due from Defendants on or before January 19, 2017.  This extension will not
5 alter the date of any event or any deadline already fixed by Court order.

DATED:  December 15, 2016         JOHNSON & PHAM, LLP

By: _/s/_Marcus F. Chaney_____
Marcus F. Chaney, Esq.
Attorneys for Plaintiff
CREE, INC.


DATED:  December 15, 2016         INTELLECTUAL PROPERTY LAW GROUP, LLP

By: _/s/_Bonnie Wolf_____
Bonnie Wolf
Attorneys for Defendants
MAXBRITE LED LIGHTING TECHNOLOGY,
LLC and JOHN ANH LE