JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiff
CREE, INC.

OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
JENNY HONG-GONZALEZ, CA Bar No. 297039
jhonggonzalez@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendants
MAXBRITE LED LIGHTING TECHNOLOGY, LLC
and KIM ANH LE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND COURTHOUSE

| | |
|---|---|
| CREE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MAXBRITE LED LIGHTING TECHNOLOGY, LLC, et al.,<br><br>    Defendants. | Case No.: 4:16-cv-06689-YGR<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF CREE, INC. TO RESPOND TO COUNTERCLAIMS**<br><br>[Civil L.R. 6-1(b)]<br><br>Current response date:   2/9/2017<br>Stipulated response date:  2/15/2017<br><br>**Honorable Judge Yvonne Gonzalez Rogers** |

1  Pursuant to Civil L.R. 6-1(b) and 6-2, Plaintiff Cree, Inc. ("Plaintiff"), through its counsel,
2  and Defendants Maxbrite LED Lighting Technology, LLC and John Anh Le ("Defendants"),
3  through their counsel (collectively, the "Parties"), do hereby stipulate and agree that Plaintiff
4  shall have an extension of time to file a response to Defendants' Counterclaims up to and
5  including February 15, 2017.

6  On January 19, 2017, Defendants filed an Answer & Counterclaims for Declaratory
7  Judgment of Patent Non-Infringement and Declaratory Judgment of Patent Invalidity (ECF Dkt.
8  20). *See* Civil L.R. 6-2 Declaration of Marcus F. Chaney ("Chaney Decl.") at ¶2. Pursuant to
9  Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff's due date to respond to the
10 Counterclaims is February 9, 2017. *See* Chaney Decl.") at ¶3.

11 The Parties have actively engaged in a good faith meet and confer concerning Plaintiff's
12 contemplated motions to dismiss and/or strike Defendants' Counterclaims under Rules 12(b)(6)
13 and 12(f), and Defendants have agreed to file an Amended Answer & Counterclaims. *See*
14 Chaney Decl.") at ¶4-5. By way of this stipulation, the Parties agree to continue Plaintiff's due
15 date to respond to the Counterclaims in order to give Defendants' time to file an Amended
16 Answer & Counterclaims no later than February 15, 2017 (as Ordered by the Court at the Initial
17 Case Management Conference on February 6, 2017). *See* Chaney Decl.") at ¶7. Plaintiff
18 consents to Defendants' filing of an Amended Answer & Counterclaims under Rule 15(a)(2). *See*
19 Chaney Decl.") at ¶6. This extension will not alter the date of any event or any deadline already
20 fixed by Court order. *See* Chaney Decl.") at ¶8.

21 DATED: February 9, 2017        JOHNSON & PHAM, LLP
22
23                                By: _/s/_Marcus F. Chaney_____
                                  Marcus F. Chaney, Esq.
24                                Attorneys for Plaintiff CREE, INC.

25 DATED: February 9, 2017        INTELLECTUAL PROPERTY LAW GROUP, LLP
26                                By: _/s/_Kevin Viau_____
                                  Kevin Viau
27                                Attorneys for Defendants MAXBRITE LED LIGHTING
                                  TECHNOLOGY, LLC and JOHN ANH LE
28