```
JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
       E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
       E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:    (818) 888-7540
Facsimile:    (818) 888-7544
```

Attorneys for Plaintiff
CREE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND COURTHOUSE

| | |
|---|---|
| CREE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAXBRITE LED LIGHTING TECHNOLOGY, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 4:16-cv-06689-YGR<br><br>**DECLARATIOIN OF MARCUS F. CHANEY IN SUPPRT OF STIPULATION TO EXTEND TIME FOR PLAINTIFF CREE, INC. TO RESPOND TO COUNTERCLAIMS**<br><br>**[Civil L.R. 6-2]**<br><br>Honorable Judge Yvonne Gonzalez Rogers |

　　　I, Marcus F. Chaney, declare as follows:

　　　1.　　I am an attorney duly admitted to practice before the courts of the Northern District of California. I am a Senior Associate with the law firm Johnson & Pham, LLP, counsel of record for Plaintiff Cree, Inc. ("Plaintiff") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows.

1    2.    On January 19, 2017, Defendants filed an Answer & Counterclaims for Declaratory Judgment of Patent Non-Infringement and Declaratory Judgment of Patent Invalidity (ECF Dkt. 20).

3.    Plaintiff's due date to respond to the Counterclaims is February 9, 2017.

4.    The Parties have actively engaged in a good faith meet and confer concerning Plaintiff's contemplated motions to dismiss and/or strike Defendants' Counterclaims under Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure.

5.    Defendants have agreed to file an Amended Answer & Counterclaims.

6.    Plaintiff consents to Defendants' filing of an Amended Answer & Counterclaims under Rule 15(a)(2).

7.    On February 6, 2017, the Court set February 15, 2017 as the due date to file Amendment (ECF Dkt. 26 and 27).

8.    This extension will not alter the date of any event or any deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 9th day of February, 2017 at Woodland Hills, California.

                /s/ Marcus F. Chaney
                Marcus F. Chaney