**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CREE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAXBRITE LED LIGHTING TECHNOLOGY, LLC, et al., <br><br> Defendants. | Case No.: 4:16-cv-06689-YGR <br><br> **[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANT MAXBRITE LED LIGHTING TECHNOLOGY, LLC AND DISMISSAL, WITH PREJUDICE** <br><br> **Honorable Judge Yvonne G. Rogers** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal ("Stipulation"), by and between Plaintiff Cree, Inc. ("Plaintiff"), and Defendant MaxBrite LED Lighting Technology, LLC ("Defendant") filed concurrently herewith, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Defendant is hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") §1116(a) and 35 U.S.C. §283, from engaging in, directly or indirectly, or authorizing or assisting any third-party to engage in, any of the following activities in the United States and throughout the world:

i. copying, manufacturing, importing, exporting, purchasing, marketing, advertising, selling, offering for sale, distributing or dealing in any product that uses, or otherwise makes any use of, any of Plaintiff's CREE® (USPTO Reg. Nos. 2,440,530, 3,935,628, and 3,935,629) or CPY250® (USPTO Reg. No. 4,888,986) trademarks and/or light fixture design patents D721,844 S or D743,084 S (collectively hereinafter "CREE's Intellectual Properties"), and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of CREE's Intellectual Properties, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

ii. advertising or displaying images and/or photographs of non-genuine CREE LEDs and/or LED lighting products using the CREE® and/or CPY250® marks;

iii. advertising or selling non-genuine CREE LED light fixtures embodying and/or comprised of Plaintiff's design patents;

iv. using CREE's Intellectual Properties, including but not limited to the CREE® or CPY250® trademarks in advertising to suggest that non-genuine CREE products being advertised are manufactured, sponsored by, endorsed by, or are otherwise affiliated with CREE and/or advertising non-genuine CREE LEDs and other non-genuine CREE LED lighting products using descriptions that imply that the products are genuine CREE products;

v. performing or allowing others employed by or representing Defendant, or under Defendant's control, to perform any act or thing which is likely infringe upon any of CREE's Intellectual Properties, including but not limited to the CREE® and CPY250® trademarks and/or Plaintiffs' design patents D721,844 S or D743,084 S;

vi. using any Internet domain name or website that includes any of Plaintiffs' trademarks or design patents, including but not limited to the CREE® or CPY250® marks and/or design patents D721,844 S or D743,084 S.

2. Defendant is ordered to destroy all alleged counterfeit, infringing or otherwise unauthorized lighting products, in its possession and/or under its control, including LEDs and LED lighting products, embodying, comprised, utilizing and/or bearing any of CREE's Intellectual Properties within ten (10) calendar days of entry of this Order (with a certificate of destruction to be provided to Plaintiff).

3. This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

4. The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendant, and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Permanent Injunction against Defendant.

5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendant.

6. **NO FEES AND COSTS.** Plaintiff and Defendant shall each bear their own attorneys' fees and costs incurred in this matter.

7. **DISMISSAL.** Upon entry of this Permanent Injunction against Defendant, the case shall be dismissed as to Defendant, with prejudice.

IT IS SO ORDERED, ADJUDICATED and DECREED this __7__ day of __November__, 2017.

_____
HON. YVONNE GONZALEZ ROGERS
District Judge for the United States District Court
Northern District of California